| CRIMINAL DOCKET - U.S. District Court | | | | | | | | | Case Filed | | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | U.S. | (LAST, FIRST, MIDDLE) | N3 | Mo. | Day | Yr. | |
| PO ☐ | 0417 | 03 | Assigned 1709 | | ☐ WRIT | vs. | KELLEY, Leslie James | | 01 | 10 | 89 | 00003 | 02 |
| Misd. ☐ | | | Disp./Sentence 1709 | | ☐ JUVENILE | • | a/k/a Rac | | | | | |
| Felony ☒ | District | Off | Judge/Magistr. | | ☐ ALIAS OFFENSE ON INDEX CARD ▶ | | | | No. of Def's ● | U.S. MAG. CASE NO. ▶ | | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:841 & 846 | Conspiracy to possess with intent to distribute and distribution of Sched. I cont. sub. to wit:LSD (Ct.1) | 1 | ☒ | |
| 21:841 & 18.2 | Distribution of Sched. I cont. sub.(LSD) (Ct. 2&3) | 2 | ☒ | |
| 18:1952(a) & 2 | Interstate travel in aid of racketeering & aiding & abetting ( ct. 4) | 1 | ☒ | |
| 21:843(b) | Unlawful use of communication facility (Cts. 5-8) | 4 | ☒ | |

SUPERSEDING COUNTS ▶

### II. KEY DATE

- INTERVAL ONE - KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint
- END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) - KEY DATE 1/10/89 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver
- KEY DATE 5-9-89: a) ☒ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☐ Supsdg ☐ Ind ☐ Inf d) ☐ Order New trial and f) ☐ G/P Withdrawn
- END INTERVAL TWO - KEY DATE 5-31-90 APPLICABLE: ☒ Dismissal ☐ Pled guilty {After N.G. ☐ Nolo {After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | | ON DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't ☒ motion |

def'd retd to this dist. 7-23-89 (left-5-27-89) per USMS

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Summons | Issued / Served | | | | | |
| Arrest Warrant Issued | | | | | | |
| COMPLAINT ▶ | | | ...TMENT | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

### ATTORNEYS
U.S. Attorney or Asst.

Capt. Frederic Borch, Ft. Bra

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4

**Federal Custody**

USMS Pensacola no info
904-432-4816
per USMS Tallahassee

Escaped 7-20-89
Cumberland Co. USMS Tallahassee
4-18-90

9-14-89 (w/o md)
70 days= ~~July 18~~

Proposed T.D. = July 3, 1989

**BAIL ● RELEASE**

PRE-INDICTMENT
- Release Date
- Bail ☐ Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions
  - ☐ 10% Dep.
  - ☐ Surety Bnd
  - ☐ Collateral
  - ☐ 3rd Prty
  - ☐ Other

POST-INDICTMENT
- Release Date
- Bail ☐ Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions
  - ☐ 10% Dep.
  - ☐ Surety Bnd
  - ☐ Collateral
  - ☐ 3rd Prty
  - ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | ☐ Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

| DATE DOCUMENT NO. | Yr. Docket No. Def. 89-3-02-CR-3 | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE    PAGE ☐ OF ☐ <br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| | | (OPTIONAL) Show last names of defendants     **V. PROCEEDINGS** | | | |
| 1-10-89 | 1. | INDICTMENT FILED - cys. to U.S. Atty, Divisional Office, Probation Request for warrant to be issued by the U.S. Attorney | | | |
| | 2. | ISSUED WARRANT FOR ARREST - **original and one copy to U.S. Marshal** for service( copy to U.S. Atty.) <br> FIELD REPORT    Subj. arrested by USMS, N/Ca. on warrant. | | | |
| 5-9-89 | | @ Fayetteville - Mag. Dixon -Taped Proceedings <br> Deft. advised of rights, charges, and punishment. F.P.D. appt. Govt. moved for detention. Deft. remanded to custody of U.S.M., held in Cumberalnd COunty Jail until def't attorney contact Magistrate Dixon to either request or wiave a detention hearing. **Note**: Deft. gave the Oakland City Jail, Oakland, Ca. as his permanent address. He said he had no other permanent address. | | | |
| | 3. | **ORDER**    Deft. having demonstrated eligibility for appointment of counsel at government expense, the Federal Public Defender is directed to provide representation in this action. It is further ordered that the U.S. Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropraite fees and expenses to witnesses so subpoenaed. Mag. Denson. cys. to U.S. Atty., and Federal Public Defender. | | | |
| | 4. | **DETENTION ORDER**    Accordingly, as a preliminary matter, the court declines to set a hearing on detention in this district unless and until the defendant and his attorney affirmatively notice the court that such a hearing is desired. Therefore, the deft. is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mag. Dixon CR OB # 11, p 79 cys. dist. (ent. 5-22-89) ms | | | |
| 5-11-89 | 5. | **ORDER**    PRE-TRIAL SCHEDULING-All pre-trial motions shall be filed no later than June 8,1989. Responses to motions shall be filed no later than June 19, 1989. Untimely motions and responses may be summarily disregarded. Motions hearings, as necessary, shall be conducted by a judge or magistrate of this court in advance of trial. Mag. Denson, cys. dist. (ent.5-22-89 ) ms. | | | |
| 5-12-89 | 6. | **MARSHAL'S RETURN ON WARRANT FOR ARREST** -This warrant was received and executed with the arrest of the above named deft. at Fayetteville, N.C. Clifford Hart, Crim. Inv.    ms | | | |
| 6-7-89 | 7. | **MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS** - w/cs U.S. Atty 1c Mag. Denson. (ent. 6-7-89) ms | 6-7-89 | E | |
| 6-8-89 | 8. | **ORDER** - The defendants motion for an extension of tiem in which to file pre-trial motions is **granted**. All pre-trial motions shall be filed no later than ten days fater the deft. is returned to the Eastern District of North Carolina and all responses shall be filed within ten days thereafter. Mag. Denson, CR OB # 11, p 121 cys. to U.S. Atty, Judge Howard, Federal Public Defender. (ent. 6-8-89) ms | | | |
| 7/27/89 | | 70 days up 9/14/89 w/excludable time for motions & time out of district (5/27/89 - 7/23/89 for senteincing in another district) | | bb | |

CONTINUED TO PAGE ☐

Case 3:89-cr-00003-H Document 2 Filed 01/10/89 Page 2 of 4

LETTER CODES:
For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]



B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20 21 or 40 or Mag Rule 6a [(1)(G)]



G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]



R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]
T2 Case unusual or complex [(8)(B,ii)]



T3 Indictment for arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs
            LESLIE JAMES KELLEY
AO 256A

89-3-02-CR-3
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 7/25/89 | 9. GOVERNMENT"S PROPOSED QUESTIONS OF VOIR DIRE-cs to Mr. Cenormon ~~xxxxxxxxxxxxxxxxxxx~~; cy to Judge Howard | | bb | | |
| 7/31/89 | 10. MOTION TO EXCLUDE TIME UNDER 18 U.S.C. 3161 SPEEDY TRIAL- by gov't praying for an order excluding the time period beginning w/the date of the escape of Acus from federal custody in computing time for speedy trial purposes; cs to FPD office; cy to Judge Howard | | | | |
| " | 11. GOVERNMENT"S PROPOSED JURY INSTRUCTIONS; cs to atty; cy to Judge Howard | | bb | | |
| 8-2-89 | 12. **MOTION TO DISMISS PURSUANT TO THE DOUBLE JEOPARDY CLAUSE OF THE FIFTHE AMENDMENT** - w/cs U.S. Atty., 1c Judge Howard | 8-2-89 | | E | |
| | 13. **MEMORANDUM OF LAW IN SUPPRT OF MOTION TO DISMISS ON THE BASIS OF DOUBLE JEOPARDY CLAUSE OF THE FIFTH AMENDMENT** - w/cs U.S. Atty., 1c Judge Howard. | | | | |
| | 14. **MOTION TO TRANSFER** - w/cs U.S. Atty., 1c Judge Howard | 8-2-89 | | E | |
| | 15. **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO TRANSFER** -w/cs U.S. Atty., 1c Judge Howard | | | | |
| | 16. **MOTION FOR BILL OF PARTICULARS** -w/cs U.S. Atty., 1c Mag. ~~McCotter~~ Denson | 8-2-89 8-25-89 | | E | |
| | 17. **MEMORANDUM OF LAW IN SUPPORT OF MTOION FOR BILL OF PARTICULARS** w/cs U.S. Atty., 1c Mag. ~~McCotter~~ Denson | | | | |
| 8/10/89 | 18. RESPONSE TO THE GOVERNMENT"S MOTION TO EXCLUDE TIME by def't; cs to AUSA: cy to Jduge Howard | | | | |
| 8/15/89 | 19. GOVERNMENT'S RESPONSE TO DEFENDANT"S MOTION FOR A BILL OF PARTICULARS & attached MEMORANDUM in SUPPORT; cs to def't; cy to Mag. Denson | | bb | | |
| " | 20. RESPONSE TO MOTION TO TRANSFER (F.R. Crim.P.21(b)) by gov't & attached MEMORANDUM OF LAW; cs to def't; cy to Judge Howard | | bb | | |
| " | 21 RESPONSE TO MOTION TO DISMISS COUNT ONE PURSUANT TO DOUBLE JEOPARDY CLAUSE OF FIFTH AMENDMENT by gov't; cs to def't; cy to Judge Howard | | bb | | |
| 8/25/89 | 22 ORDER-defendant's motion for a bill of particulars is DENIED except that it is ALLOWED as to the names of all persons alleged to be co-conspirators; DENSON, Alexander B., U. S. Mag.; cc to AUSA; FPD; Judge Howard ent. 8/28/89 | | bb | | |
| 8/28/89 | 23 ADDENDUM TO RESPONSE TO MOTION TO DISMISS COUNT ONE PURSUANT TO DOUBLE JEOPARDY CLAUSE OF THE FIFTH AMENDMENT - by Govt. w/cs to FPD, cc to Judge Howard | | bl | | |
| " | 24. ORDER-the motion of the defendant to have this case transferred to the Northern District of California is **denied**; Howard, Malcolm J., U. S. Dist. Judge; CR OB#12, p. 1; cc to AUSA; FPD: Judge Howard; ent. 8/28/89 | | bb | | |
| " | 25. ORDER-the motion of the defendant to dismiss Count One of the Indictment in the grounds of double jeopardy is DENIED; HOWARD, Malcolm J.,U. S. Dist. Judge; CR OB#12, p. 2; cc to AUSA: FPD: Judge Howard; ent. 8/28/89 | | bb | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 8/28/89 | 26. ORDER-ORDERED that the motion of the government to exclude the time attributable to the absence of Acus from the speedy trial computation in the case of each defendant is GRANTED. It is further ORDERED that the time period beginning on July 20, 1989, the date of Acus's escape, be excluded from the computation of time for speedy trial in the case of each defendant. This time period shall continue to be excluded until the date that Acus is returned to custody; HOWARD, Malcolm J., U. S. Dist. Judge; CR OB# 12, p. 3; cc to AUSA: def't atty; Judge Howard; USMS; ent. 8/28/89 | | bb | | |
| 8/29/89 | Sent note to USMS w/cy of above order asking them to notify us when Acus apprehended so we could set for trial | | bb | | |
| 12/14/89 | ISSUED NOTICE of Hearing on Conditions of Release set for Tuesday, Dec. 19, 1989 at 10:00 a.m., FAyetteville, before Mag. Dixon; cys to USMS; USPO; AUSA: Mr. Cooke; Joyce Todd; Mag. Dioxn | | bb | | |
| 1-5-90 | 27. **DEFENDANT'S OMNIBUS MOTION REGARDING CUSTODY** - filed w/cs lc: Judge Howard | - jp | | | |
| 5/31/90 | 28. ORDER FOR DISMISSAL-the USAtty for EDNC hereby dismisses the Indictment against Leslie James Kelley for the reason that escapee status of government witness makes conviction unlikely; granted; Judge Howard; CR OB#13, p. 141; cc: SAUSA: USPO; USMS: FPD; Mag. Dixon; Judge Howard ent/ 5/31/90 | | bb | | |